UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-264-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DANDRE MORRISON,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Hearing (#59).

The Court will **GRANT** the motion, and Defendant's final revocation hearing will be scheduled for a date to be determined.

**IT IS SO ORDERED**.

Signed: August 18, 2023

Max O. Cogburn Jr.
United States District Judge